District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAJID NEYESTANI,

                          Plaintiff,

        v.

JOSEPH B. EDLOW, *et al.,*

                       Defendants.

Case No. 2:26-cv-00602-TL

STIPULATED MOTION TO REMAND
CASE TO UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES AND [PROPOSED] ORDER

Noted for Consideration:
April 29, 2026

Plaintiff Majid Neyestani brought this action pursuant to 8 U.S.C. § 1447(b), alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate his Form N-400, Application for Naturalization, within 120 days after his initial interview. Therefore, he now seeks *de novo* review of his application and adjudication by this Court. The parties have reached an agreement that will resolve this case in its entirety.

USCIS is now prepared to resolve this matter by reviewing and adjudicating the N-400 Application for Plaintiff. USCIS, however, cannot adjudicate the instant application unless and until the Court remands the matter to it. *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (*en banc*); *see also* 8 U.S.C. § 1447(b) (stating the district court may "remand the matter, with appropriate instructions, to the [USCIS] to determine the matter").

STIPULATED MOTION TO REMAND CASE TO UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES AND [PROPOSED]
ORDER
[Case No. 2:26-cv-00602-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

The parties, by and through their respective counsel, hereby jointly stipulate and request that the Court remand this matter to USCIS.  Once remanded, USCIS agrees to adjudicate Plaintiff's Form N-400 and, if appropriate, administer the Naturalization Oath of Allegiance within 90 days of the remand order.

If USCIS does not issue a decision on Plaintiff's Application for Naturalization within 90 days after entry of the Court's remand order, Defendant will not oppose any request by Plaintiff to this Court to vacate the remand order and thereby re-assert jurisdiction over Plaintiff's action pursuant to 8 U.S.C. § 1447(b).

Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED this 29th day of April, 2026.

Respectfully submitted,

                                                                    GOLDSTEIN IMMIGRATION LAWYERS


*s/ Kristen R. Vogel*                                    *s/ Joshua L. Goldstein, Esq*
KRISTEN R. VOGEL, NY Bar No. 5195664    Joshua L. Goldstein, WA Bar No. 61773
Assistant United States Attorney               611 Wilshire Blvd, Suite 317
United States Attorney's Office                 Los Angeles, CA 90017
Western District of Washington                 Tel.: (213) 425-1979
700 Stewart Street Suite 5220                   Email:  jg@goldlaw.com
Seattle, WA 98101
Phone:  (206) 553-1634                            *Attorney for Plaintiff*
Email:  kristen.vogel@usdoj.gov

*Attorney for Defendants*

STIPULATED MOTION TO REMAND CASE TO UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES AND [PROPOSED]
ORDER
[Case No. 2:26-cv-00602-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

This matter is dismissed without prejudice and without fees or costs to either party.   The case is remanded to United States Citizenship and Immigration Services ("USCIS").  USCIS shall adjudicate Plaintiff's N-400 and, if appropriate, administer the Oath of Allegiance within 90 days of this Order.

IT IS HEREBY ORDERED.

DATED this 29th day of April, 2026.

_____

TANA LIN
United States District Judge

STIPULATED MOTION TO REMAND CASE TO UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES AND [PROPOSED]
ORDER
[Case No. 2:26-cv-00602-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800